UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBYN GUMAER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NDOC,<br><br>　　　　Defendant. | Case No.: 2:25-cv-01181-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 1) |

On June 30, 2025, *pro se* plaintiff Robyn Gumaer, an inmate in the custody of the Nevada Department of Corrections, submitted a document requesting that the Court order NDOC officials to provide her copies of her previously filed grievances. Docket No. 1-1. Plaintiff's initiating document does not constitute a complaint. Further, Plaintiff has neither paid the full $405 filing fee for this action nor applied to proceed *in forma pauperis*. *See* Docket No. 1. The Court will grant Plaintiff an extension of time to file a signed complaint and either pay the full filing fee or apply for pauper status.

The Court notes that Plaintiff indicates that she will be released from custody on August 13, 2025. As such, the Court directs the Clerk of the Court to send Plaintiff both an application to proceed *in forma pauperis* by an inmate and an application to proceed *in forma pauperis* by a non-inmate. If Plaintiff is released from custody, as she anticipates, she will need to file an application to proceed *in forma pauperis* by a non-inmate.

**I.　DISCUSSION**

　　**A.　Plaintiff must file a signed complaint.**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information

1  called for by the court's form." LSR 2-1.  The complaint must be signed personally by the
2  unrepresented party.  Fed. R. Civ. P. 11(a).

**B.     Plaintiff must either pay the filing fee or apply for pauper status.**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions.  28 U.S.C. § 1914(a).  As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee.  *See* 28 U.S.C. § 1914(b).  "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*."  LSR 1-1.  For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.  *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2.  *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.  *See* 28 U.S.C. § 1915(b).

**II.    CONCLUSION**

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **September 12, 2025**, Plaintiff must submit a signed complaint to this Court.

IT IS FURTHER ORDERED that, no later than **September 12, 2025**, Plaintiff must either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*.  If Plaintiff remains incarcerated, she must file an application to proceed *in forma pauperis* for inmates, with all three required documents: a completed application with the inmate's two signatures on page 3; a completed financial certificate that is signed both by the inmate and the prison or jail official; and a copy of the inmate's trust fund account statement for the previous six-month period.  If Plaintiff is released from custody, she must file an application to proceed *in forma*

1   *pauperis* by a non-inmate.

2   IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this
3   action will be subject to dismissal without prejudice. A dismissal without prejudice allows
4   Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a
5   complaint and either pay the required filing fee or file a complete application to proceed *in forma*
6   *pauperis*.

7   The Clerk of the Court is **INSTRUCTED** to send Plaintiff Robyn Gumaer the approved
8   form application to proceed *in forma pauperis* for an inmate and instructions for the same, the
9   approved form application to proceed *in forma pauperis* for a non-inmate and instructions for the
10  same, and the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

11  IT IS SO ORDERED.

12  DATED: July 28, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE